# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 5, 2021

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

162425(53)

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

SC: 162425
COA: 342440
Genesee CC: 92-000334-FC

MONTEZ STOVALL,
    Defendant-Appellant.
_____/

On order of the Chief Justice, the joint motion of the Juvenile Law Center, the Juvenile Sentencing Project, and the American Civil Liberties Union of Michigan to file a brief amicus curiae is GRANTED. The amicus brief submitted on February 18, 2021, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 5, 2021



Clerk